# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM ROOT<br><br>        Defendants. | 8:19CR304<br><br>**ORDER** |

      This matter is before the court on the defendant's Unopposed Motion to Continue Trial [17]. Counsel needs additional time to conclude investigation and confer with client. For good cause shown,

      **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [17] is granted as follows:

1. The jury trial, now set for November 19, 2019, is continued to **February 4, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 4, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 15th day of November 2019.

                                    BY THE COURT:

                                    s/Susan M. Bazis<br>
                                    United States Magistrate Judge